```
Judge:            Timothy W. Dore
Chapter:          13
Hearing Date:     March 15, 2023
Hearing Time:      9:30 am
Hearing Location: U.S. Bankruptcy Court
                  700 Stewart St #8106
                  Seattle, WA 98101
Response Date:    March 08, 2023
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>NAZARIO HERNANDEZ,<br><br><br>Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 18-13392-TWD<br><br>NOTICE OF TRUSTEE'S MOTION TO<br>DISMISS CASE AND HEARING |

PLEASE TAKE NOTICE that the Chapter 13 Trustee's Motion to Dismiss Case IS SET FOR HEARING as follows:

    Judge:   Timothy W. Dore
    Place:   U.S. Bankruptcy Court
             700 Stewart St #8106
             Seattle, WA 98101
    Date:    March 15, 2023
    Time:     9:30 am

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is March 08, 2023.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: February 07, 2023             */s/ Jason Wilson-Aguilar*
                                     Jason Wilson-Aguilar, WSBA #33582
                                     Chapter 13 Trustee

NOTICE OF TRUSTEE'S MOTION TO
DISMISS CASE AND HEARING

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

|                    |                        |
|--------------------|------------------------|
| Judge:             | Timothy W. Dore        |
| Chapter:           | 13                     |
| Hearing Date:      | March 15, 2023         |
| Hearing Time:      | 9:30 am                |
| Hearing Location:  | U.S. Bankruptcy Court  |
|                    | 700 Stewart St #8106   |
|                    | Seattle, WA 98101      |
| Response Date:     | March 08, 2023         |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

NAZARIO HERNANDEZ,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 18-13392-TWD

TRUSTEE'S MOTION TO DISMISS CASE

Jason Wilson-Aguilar, Chapter 13 Trustee, moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The debtor's plan payment is currently $2,530.00 monthly. The debtor is presently delinquent $10,064.00.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: February 07, 2023

/s/ *Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

TRUSTEE'S MOTION TO DISMISS CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

NAZARIO HERNANDEZ,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 18-13392-TWD

*Proposed*
ORDER DISMISSING CASE

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case. Based on the record and for cause shown, its is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented By:
*/s/ Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Trustee

ORDER DISMISSING CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

|  |  |
|---|---|
| Judge: | Timothy W. Dore |
| Chapter: | 13 |
| Hearing Date: | March 15, 2023 |
| Hearing Time: | 9:30 am |
| Hearing Location: | U.S. Bankruptcy Court |
|  | 700 Stewart St #8106 |
|  | Seattle, WA 98101 |
| Response Date: | March 08, 2023 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

NAZARIO HERNANDEZ,

Debtor.

IN CHAPTER 13 PROCEEDING
NO. 18-13392-TWD

DECLARATION OF MICHELLE BERRY IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS CASE

Michelle Berry declares under penalty of perjury under the laws of the State of Washington that this information is true and correct to the best of my knowledge:

1) I am employed by Jason Wilson-Aguilar, Chapter 13 Trustee (Trustee), and I have personal knowledge concerning the information in this declaration and I am competent to testify to this information.

2) Through my employment I have access to the Trustee's system and records, including the debtor's plan payment records.

3) The debtor's plan payment is currently $2,530.00 monthly. The debtor is presently delinquent $10,064.00.

Dated: February 07, 2023

/s/ Michelle Berry
Michelle Berry, Case Manager for
Jason Wilson-Aguilar
Chapter 13 Trustee

DECLARATION IN SUPPORT OF
TRUSTEE'S MOTION TO DISMISS CASE

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124