Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 18−13392−TWD
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nazario Hernandez
dba Big Mountain Landscaping and
Maintenance
31445 W Lake Morton Dr SE
Kent, WA 98042

Social Security / Individual Taxpayer ID No.:
xxx−xx−5201

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **March 10, 2023 for Nazario Hernandez, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: March 10, 2023

Gina Zadra Walton
Clerk, U.S. Bankruptcy Court