| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Nazario Hernandez |
| | dba Big Mountain Landscaping and Maintenance |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Washington (State) |
| Case number | 18-13392-TWD |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-HE2, Mortgage Pass-Through Certificates, Series 2006-HE2 C/O Specialized Loan Servicing, LLC

**Court claim no.** (if known): 4-1

**Last four digits** of any number you use to identify the debtor's account: 6907

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $1,341.76

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $532.51     New escrow payment: $600.50

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %
   Current principal and interest payment $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Nazario Hernandez | Case Number *(if known)* | 18-13392-TWD |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| x | /s/ Mukta Suri | Date | 02/20/2020 |
|---|---|---|---|
| | Signature | | |

| Print: | Mukta Suri | Title | Authorized Agent for Specialized Loan Servicing, LLC |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
           Number        Street

           Dallas, Texas  75254
           City        State        Zip Code

Contact phone    (972) 643-6600        Email    POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before February 24, 2020 via electronic notice unless otherwise stated.

**Debtor**     *Via U.S. Mail*
Nazario Hernandez
31445 W Lake Morton Dr SE
Kent, WA 98042

**Debtors' Attorney**
Jacob D DeGraaff
Henry & DeGraaff, P.S.
787 Maynard Ave S.
Seattle, WA 98104

**Chapter 13 Trustee**
Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101

Respectfully Submitted,

/s/ Mukta Suri